1  Peter Kristofer Strojnik, SBN 242728
2  pstrojnik@strojniklaw.com
   Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  Telephone:  (415) 450-0100
5
   Attorneys for Plaintiff
6  THERESA BROOKE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | |
|---|---|
| | Case No: 8:24-cv-832-FWS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| LEE'S LAGUNA HILL RESORT LLC, | |
| Defendants. | |

Please take notice that the case has settled.

DATED this 28th day of May, 2024.

                                    */s/ Peter Kristofer Strojnik*
                                    Peter Kristofer Strojnik (242728)
                                    Attorneys for Plaintiff